THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 The State, Respondent,
 
 
 
 
 

v.

 
 
 
 
 Robert Lee
 Hughes, Appellant.
 
 
 
 
 

Appeal From Richland County
William P. Keesley, Circuit Court Judge

Unpublished Opinion No.  2010-UP-195
 Submitted March 1, 2010  Filed March 8,
2010

APPEAL DISMISSED

 
 
 
 Appellate Defender Kathrine H. Hudgins, of
 Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief
 Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General
 Salley W. Elliott, and Solicitor Warren Blair Giese, all of Columbia, for
 Respondent.
 
 
 

PER CURIAM:  Robert
 Lee Hughes appeals his guilty plea for indecent exposure, arguing the trial
 court erred in finding he should be screened for sexually violent predator
 status without making a finding indecent exposure was a sexually violent
 offense.  After a thorough
 review of the record and counsel's brief pursuant to Anders v. California,
 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357
 (1991), we dismiss the appeal and grant counsel's motion to be relieved.[1]
APPEAL DISMISSED.  
PIEPER and GEATHERS, JJ.,
 and CURETON, A.J., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.